IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 3:07cr165WHB-JCS

PAMELA HULL, et al.

**ORDER GRANTING MOTION TO TRANSFER CRIMINAL CAUSE TO THE SOUTHERN DIVISION OF THE SOUTHERN DISTRICT OF MISSISSIPPI AS TO DEFENDANT PAMELA HULL ONLY**

CAME ON TO BE HEARD the motion of Defendant, Pamela Hull, to transfer the above styled and numbered criminal cause to the Southern Division of the Southern District of Mississippi as to Defendant Pamela Hull only, and the Court, being fully advised in the premises, and being further advised that the government does not object to such transfer, and in consideration of the interests of judicial economy, finds that the Defendant's motion is well taken, and that the same should be, and it hereby is, granted. It is, therefore,

ORDERED that Criminal Cause No. 3:07cr165-WHB-JCS as to defendant Pamela Hull shall be, and hereby is, transferred to the Southern Division of the Southern District of Mississippi, and transferred with his consent to the criminal docket of The Honorable Louis Guirola.

SO ORDERED, this the 4th day of November, 2008.

s/William H. Barbour, Jr.<br>William H. Barbour, Jr.