IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:07cr165LG-RHW

PAMELA HULL

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 13, 2009, this Court entered a Preliminary Order of Forfeiture, ordering the defendant to forfeit **$126,927.50 in U.S. Currency,** which represents money previously seized from various bank accounts, (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served upon L. M. Tutwiler, Jim Davis Hull c/o Wesley T. Evans, and Janis K. Dunn; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(7);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **$126,927.50 in U.S. Currency,** which represents money previously seized from various bank accounts, is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 982(a)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED AND ADJUDGED** this the 3rd day of September, 2009.

                                                          s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        UNITED STATES DISTRICT JUDGE